JOHNSTON et al. v. SOUTHERN WELL WORKS CO. et al. (Circuit Court of Appeals, Fifth Circuit. February 4, 1913.) No. 2,362. Appeal from the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. F. D. Minor, of Beaumont, Tex., and L. L. Morrill, of Washington, D. C., for appellants. Wm. G. Henderson, of Washington, D. C., for appellees. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. We have doubts as to the validity of the patent sued on in this case; but, conceding that the claimants below made a prima facie case as to their patent rights, we are clear that no infringement has been proved. The decree of the lower court dismissing the bill is affirmed.

---

LEE v. BROCKETT et al. (Circuit Court of Appeals, Eighth Circuit. December 11, 1912.) No. 3,711. In Error to the Circuit Court of the United States for the Eastern District of Missouri. W. C. Russell, of Charleston, Mo., for plaintiff in error. D. A. Ball, of Louisiana, Mo., for defendants in error. Before ADAMS and SMITH, Circuit Judges, and WILLARD, District Judge.

PER CURIAM. The only assignment of error mentioned in the brief is as follows: "The only error assigned to which we now desire to direct the attention of the court is that the court erroneously charged the jury as to the law in the case." The assignment then quotes that part of the charge complained of. An examination of the record shows that the plaintiff in error, the defendant below, presented no requests to charge, and took no exceptions to the charge as given. The judgment of the court below is affirmed, with costs.